DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00068-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DOROTHY LEE MILLS,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


HENRY JOHN MOEHLMANN,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. In the motion, Appellant represents that the parties
have reached a settlement and that their agreement disposes of all issues presented for appeal. 
Because Appellant has met the requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted, and
the appeal is dismissed. 


Opinion delivered June 18, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.











(PUBLISH)